DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM ROBERT GIBSON** and **WILLIAM ROBERT GIBSON, JR.,**
Appellants,

v.

**BRIGETTE DIPIAZZIA,**
Appellee.

No. 4D2025-0721

[October 1, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen M. McHugh, Judge; L.T. Case No. COCE25-0006590.

William Robert Gibson, Virginia Beach, VA, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***